UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Leroy Jones,

    Petitioner,

v.

Attorney General, et al.,

    Respondents.

2:13-cv-02357-JAD-GWF

**Order Directing Answer**

    In this habeas corpus action, on May 22, 2015, the court ruled on the respondents' motion to dismiss. *See* Order entered May 22, 2015 (Doc. 32). The court found the following claims in the habeas corpus petition in this action to be unexhausted in state court: Grounds 2, 4, 6(b) (the claim that trial counsel was ineffective for failing to investigate the video recording equipment at two locations), 6(c) (the claim that trial counsel was ineffective for failing to investigate the prosecution's use of ten still photographs to determine if the use of them was illegal, and 6(d) (the claim that trial counsel was ineffective for failing to investigate the prosecution's use of ten still photographs to determine whether a photo lineup was suggestive). *See id.* With respect to those unexhausted claims, the court required the petitioner, Leroy Jones, to make an election. *See id.*

    On June 15, 2015, Jones timely made his election regarding his unexhausted claims by filing a declaration (Doc. 33) stating his election to abandon his unexhausted claims for relief and proceed on his remaining claims. Based on Jones's election to abandon his unexhausted claims, the court will dismiss those claims without prejudice and set a schedule for further proceedings on his remaining claims.

    IT IS THEREFORE ORDERED that **the following claims** in the habeas corpus petition in this action, **which have been abandoned by the petitioner, are dismissed without prejudice**: Grounds 2, 4, 6(b) (the claim that trial counsel was ineffective for failing to investigate the video recording equipment at two locations), 6(c) (the claim that trial counsel was ineffective for failing to investigate the prosecution's use of ten still photographs to determine if the use of them was illegal, and 6(d) (the claim that trial counsel was ineffective for failing to investigate the prosecution's use of

1 | ten still photographs to determine whether a photo lineup was suggestive).

2 |     IT IS FURTHER ORDERED that **respondents have until August 18, 2015, to file and serve an answer** responding to the remaining claims in the habeas corpus petition in this action. Petitioner Leroy Jones will have 60 days after respondents file their response to file and serve a reply to the answer.

    Dated this 19th day of June, 2015.

_____
Jennifer A. Dorsey
United States District Judge